UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE JAMES WHEELER,

    Plaintiff,

Case No. 14-cv-14672

v.

HONORABLE STEPHEN J. MURPHY, III

DEBORAH H. MCKELVY,

    Defendant.

                                     /

**ORDER ADOPTING REPORT &RECOMMENDATION** (document no. 11)
**AND GRANTING DEFENDANT'S MOTION TO DISMISS** (document no. 4)

    Plaintiff Lawrence Wheeler brought suit against his former court appointed criminal defense attorney, Deborah H. McKelvy, claiming that she forged his signature on his arraignment. He alleged that she was liable under 42 U.S.C. § 1983 and Michigan state law. McKelvy filed a motion to dismiss, ECF No. 4, which the Court referred to a magistrate judge. On April 27, 2015, the magistrate judge filed a Report and Recommendation, suggesting that the Court dismiss the case. ECF No. 11.

    A copy of the Report was served on both parties on April 27, 2015. Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Neither party has filed any objections. De novo review of the magistrate judge's findings is therefore not required. *See* Fed. R. Civ. P. 72(b)(3). The Court has reviewed the file and the Report, and finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions and will enter an appropriate judgment.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation (document no. 11) is **ADOPTED.**

**IT IS FURTHER ORDERED** that the Defendant's Motion to Dismiss (document no. 4) is **GRANTED.**

**SO ORDERED**.

                                        s/Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

Dated: May 28, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2015, by electronic and/or ordinary mail.

                                        s/Carol Cohron
                                        Case Manager